IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, )
)
Appellee, )
)
v. ) Record No. 22-4147
)
MALEK LASSITER, )
)
Appellant. )

**APPELLANT'S UNOPPOSED MOTION TO FILE REPLACEMENT BRIEF RAISING MERITORIOUS ISSUE**

Comes now appointed counsel for Appellant Malek Lassiter ("Lassiter") and requests leave to replace and supersede his previously filed Anders brief (Document 9) with a conventional Brief of Appellant taking issue with at least one of his convictions under 18 U.S.C. § 924(c). In support of this request to file a Brief of Appellant pursuant to Rule 31 of the Federal Rules of Appellate Procedure out of time, along with a Joint Appendix under Rule 30 of the Federal Rules of Appellate Procedure, counsel represents as follows:

1. On March 1, 2022, Lassiter noted a timely appeal from a final Judgment of the United States District Court for the Eastern District of Virginia convicting him of several federal offenses and sentencing him to 300 months in prison, followed by five years of supervised release.

2. Finding no meritorious or good faith bases for challenging his convictions or sentence of imprisonment, counsel on May 18, 2022, filed a brief in keeping with Anders v. California, 386 U.S. 738 (1967) (Document 9). In this Anders brief, counsel noted only a meritorious, appealable issue with respect to a special condition of his supervised release and requested remand for resentencing under United States v. Rogers, 961 F.3d 291, 296 (4th Cir. 2020) to address that error.

3. The United States did not file a Brief of Appellee or any other response to Lassiter's assertion of a Rogers error and request for resentencing.

4. On June 21, 2022, the United States Supreme Court held for the first time that because attempted Hobbs Act robbery is not categorically a "crime of violence," it cannot serve as a predicate for conviction under 18 U.S.C. § 924(c)(3)(A). United States v. Taylor, ___ U.S. ___, No. 20-1459 (June 21, 2022).

5. On July 8, 2022, Lassiter filed a pro se motion for an enlargement of time in which to file a pro se submission arguing that his two convictions under 18 U.S.C. § 924(c) (Counts 25 and 28) were plainly erroneous under the Supreme Court's Opinion in Taylor. (Document 15.)

6. In an Order dated July 11, 2022 (Document 16), the Court granted Lassiter's pro se motion and afforded Lassiter until August 10, 2022, to file a pro se

brief. Counsel understands Lassiter in this pro se brief shall address whether either or both of his two Section 924(c) convictions and associated sentences should be vacated upon plain error review because those Section 924(c) convictions are predicated directly or ultimately upon the offense of attempted murder under Virginia law.

7. Counsel has determined that the foregoing issue raised by Lassiter in his pro se motion is meritorious and should be briefed thoroughly in the wake of Taylor, which was decided the month after counsel filed his Anders brief (Document 9).

8. Counsel requests until August 25, 2022, to file a Brief of Appellant in place of his previously filed Anders brief. Counsel anticipates in this Brief of Appellant challenging (A) one or both of Lassiter's Section 924(c) convictions and associated sentences of imprisonment under the Taylor Court's categorical analysis and (B) restating that remand for resentencing is necessary on account of the Rogers error identified in his existing brief.

9. Particularly since the United States did not respond to the previously filed Anders brief, it shall suffer no undue prejudice, provided government counsel is afforded reasonable leave to brief whether either or both of Lassiter's Section

924(c) convictions and sentences must be vacated after Taylor upon plain error review.

10. Appellant's counsel is authorized to represent to the Court that the United States Attorney's Office for the Eastern District of Virginia does not oppose this motion.

Wherefore, the undersigned counsel for Appellant respectfully requests leave to replace and supersede by August 25, 2022, the Anders brief he filed on May 18, 2022 (Document 9) with a new Brief of Appellant along the lines outlined above, supported by an appropriate Joint Appendix.

Respectfully submitted,

/s/Paul G. Beers
Paul G. Beers

Paul G. Beers (VSB No. 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8000
Facsimile (540) 224-8050
E-mail: pbeers@glennfeldmann.com

Counsel for the Appellant, Malek Lassiter

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 20th day of July, 2022, I caused the Appellant's Unopposed Motion to File Replacement Brief Raising Meritorious Issue to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel of record.

/s/Paul G. Beers
Counsel for Appellant